944

No. 77–1162. JONES TRANSFER CO. ET AL. *v.* UNITED STATES ET AL.;

No. 77–1189. NATIONAL INDUSTRIAL TRAFFIC LEAGUE *v.* UNITED STATES ET AL.; and

No. 77–1370. FORD MOTOR CO. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. 

No. 77–1184. PERLONGO *v.* UNITED STATES. Ct. Cl. Certiorari denied. 

No. 77–1195. WOLAK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–1260. ATKINSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 77–1303. SUN OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. 

No. 77–1318. WESTERN UNION INTERNATIONAL, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. 

No. 77–1324. ANDERSON, CLAYTON & CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–1336. HAMILTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–1347. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1547, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. 

No. 77–1352. LITTLETON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.